UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21682-CIV-COOKE/BANDSTRA

UNITED STATES POSTAL SERVICE

    *Plaintiff*,

v.

AMERICAN POSTAL WORKERS UNION,
MIAMI AREA LOCAL *et al.*,

    *Defendants*.
_____/

**ORDER GRANTING NUNC PRO TUNC IN PART AND DENYING IN PART
MOTIONS FOR EXTENSION OF TIME**

THIS CAUSE comes before the Court upon the several motions for extension of time filed by the parties. [D.E. 91; 93; 98; 105; 109; 115]. The Court has fully considered the motions, the record herein, and is fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motions for extension of time [D.E. 93; 98; 105] and the motion to stay submission of the jury instructions and verdict form [D.E. 115] are **GRANTED** *nunc pro tunc*.

2. The motion for extension of time [D.E. 91] is **DENIED** as moot pursuant to the notice striking it [D.E. 92].

3. The motion for extension of time to file a reply [D.E. 109] as to motion for summary judgment [D.E. 78; 79] is **DENIED** as moot per the order [D.E. 122] ruling on said motion.

4. The parties have up to and through April 17, 2009 to submit the jury instructions and verdict forms with respect to the remaining claims.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 31st day of March 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Ted E. Bandstra*
*Counsel of Record*